Certificate Number: 14912-ILN-DE-034212425

Bankruptcy Case Number: 15-28096



14912-ILN-DE-034212425

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 10, 2020, at 3:44 o'clock PM EDT, Brittanie Wilczak completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date: March 10, 2020  By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor